Flynn & Wietzke, PC
1205 Franklin Ave., Suite 370
Garden City, NY 11530
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X

STEVEN BLEDSOE,

                Plaintiff,                12 Civ.

    -against-                         COMPLAINT

CSX TRANSPORTATION,

                Defendants.

------------------------------------------------------------X

PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff, by his attorneys, Flynn & Wietzke, PC, complains of the defendant and alleges:

FIRST:  This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

SECOND:  The defendant is a corporation is engaged in interstate commerce by rail and operates a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

THIRD:  That prior to December 26, 2009, and at all times hereinafter mentioned, the defendant employed the plaintiff as a locomotive engineer under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

FOURTH:   That prior to December 26, 2009, and at all times hereinafter mentioned, the defendant maintained, operated and controlled Corbin West Yard, Corbin, Kentucky, which contained defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and upon which the defendant operated engines, trains and cars under its control and direction.

FIFTH:  That on or about December 26, 2009, while the plaintiff, an employee of the defendant, was in the performance of his duties as a locomotive engineer at the Corbin West, Corbin, Kentucky, the defendant, its agents, servants and employees, so negligently and carelessly conducted themselves toward the plaintiff in failing to provide plaintiff with a reasonably safe place to work; in failing to warn plaintiff; in failing to implement proper warning procedures; in failing to provide proper hearing protection; in failing to inspect the area in front of the locomotive horns to be blown for the presence of employees; and, so negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, including applicable employee safety policy and procedures; that all of the foregoing brought about severe and disabling injuries to plaintiff, including but not limited to injuries to his hearing.

SIXTH:  That the said injuries occurred while the plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

SEVENTH:  That the plaintiff was damaged thereby in the sum of $500,000.00.

## AS AND FOR A SECOND CAUSE OF ACTION
## AGAINST DEFENDANT CSX TRANSPORTATION

EIGHTH:  Plaintiff repeats and reiterates all of the foregoing allegations as if set forth fully herein.

NINTH:  This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

TENTH:  The defendant is a corporation is engaged in interstate commerce by rail and operates a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

ELEVENTH:  That prior to December 26, 2009, and at all times hereinafter mentioned, the defendant employed the plaintiff as a locomotive engineer under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

TWELFTH:   That prior to December 26, 2009, and at all times hereinafter mentioned, the defendant maintained, operated and controlled Corbin West Yard, Corbin, Kentucky, which contained defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and upon which the defendant operated engines, trains and cars under its control and direction.

THIRTEENTH:  That on or about December 26, 2009, while the plaintiff, an employee of the defendant, was in the performance of his duties as a locomotive engineer at the Corbin West, Corbin, Kentucky, the defendant, its agents, servants and employees, so negligently and carelessly conducted themselves toward the plaintiff in failing to provide plaintiff with a reasonably safe place to work; in failing to warn plaintiff; in failing to maintain plaintiff's work area; in failing to remove hazardous condition; in failing to inspect plaintiff's work place; in failing to train plaintiff's co-workers to protect known hazardous condition; in failing to fix and/or repair hazardous condition; and, so negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, including applicable employee safety policy and procedures; that all of the foregoing brought about severe and disabling injuries to plaintiff, including but not limited to injuries to his low back, right shoulder and head.

FOURTEENTH:  That the said injuries occurred while the plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

FIFTEENTH:  That the plaintiff was damaged thereby in the sum of $500,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the First Cause of Action in the sum of FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS; and,

plaintiff demands judgment against the defendant in the Second Cause of Action in the sum of FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS; together with the costs and disbursements of this action.

                              Flynn & Wietzke, PC
                              Attorneys for Plaintiff
                              1205 Franklin Avenue
                              Garden City, NY 11530
                              (516) 877-1234


                            By:____s/ Marc Wietzke_____
                                MARC T. WIETZKE (MW1551)